Docket as of January 1, 2004 11:40 am                    Web PACER (v2.4)

# U.S. District Court

## Central District of California (Western Div.)

## CIVIL DOCKET FOR CASE #: 03-CV-4349

## Immunex Corporation, et al v. Trustees of Columbia

Filed: 06/18/03
Assigned to: Judge Mariana R. Pfaelzer
Referred to: Discovery Carla M. Woehrle
Demand: $0,000
Nature of Suit: 830
Lead Docket: None
Jurisdiction: Federal Question
Dkt# in other court: None
Cause: 35:0271 Patent Infringement

---

```
IMMUNEX CORPORATION, a           Jennie L La Prade
Washington corporation           FAX 213-629-1033
    plaintiff                    [COR LD NTC]
                                 Vicki Gee Norton
                                 FAX 213-629-1033
                                 [COR LD NTC]
                                 Pillsbury Winthrop
                                 725 S Figueroa St, Ste 2800
                                 Los Angeles, CA 90017-5406
                                 213-488-7100

                                 Kirke M Hasson
                                 FAX 415-983-1200
                                 [COR LD NTC]
                                 Pillsbury Winthrop
                                 50 Fremont St
                                 P O Box 7880
                                 San Francisco, CA 94120-7880
                                 415-983-1000

                                 Arthur Wineburg
                                 FAX 202-833-8491
                                 [COR LD NTC]
                                 Bradford E Biegon
                                 FAX 202-833-8491
                                 [COR LD NTC]
                                 Pillsbury Winthrop
                                 1133 Connecticut Ave, NW
                                 Washington, DC 20036
```

|  |  |
|---|---|
|  | 202-775-9800 |
| AMGEN INC, -, a Delaware corporation<br>    plaintiff | Jennie L La Prade<br>(See above)<br>[COR LD NTC]<br>Vicki Gee Norton<br>(See above)<br><br>[COR LD NTC]<br><br>Kirke M Hasson<br>(See above)<br>[COR LD NTC]<br><br>Arthur Wineburg<br>(See above)<br>[COR LD NTC]<br>Bradford E Biegon<br>(See above)<br>[COR LD NTC] |

    v.

|  |  |
|---|---|
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, a New York corporation<br>    defendant | Kevin S Rosen<br>FAX 213-229-7520<br>[COR LD NTC]<br>Gibson Dunn & Crutcher<br>333 S Grand Ave, 45th Fl<br>Los Angeles, CA 90071-3197<br>213-229-7000<br><br>Kevin S Rosen<br>[COR LD NTC]<br>Wayne M Barsky<br>FTS Ext 8183<br>FAX 310-551-8741<br>[COR LD NTC]<br>DoHoang Thien Duong<br>[COR LD NTC]<br>Gibson Dunn & Crutcher<br>2029 Century Park E, Ste 4000<br>Los Angeles, CA 90067-3026<br>310-552-8500 |

IMMUNEX CORPORATION, a Washington corporation; AMGEN INC, -, a Delaware corporation

    plaintiff

  v.

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, a New York corporation

    defendant

# DOCKET PROCEEDINGS

| DATE | # | DOCKET ENTRY |
|---|---|---|
| 6/18/03 | 1 | COMPLAINT filed Summons(es) 20 days issued referred to Discovery Carla M. Woehrle (rrey) [Entry date 06/20/03] |
| 6/18/03 | 2 | CERTIFICATION AND NOTICE OF INTERESTED PARTIES filed by plaintiffs Immunex Corporation, Amgen Inc (rrey) [Entry date 06/20/03] |
| 6/18/03 | -- | REPORT ON THE FILING OF AN ACTION REGARDING PATENTS (cc: form mailed to Washington, D.C.)(Opening) (rrey) [Entry date 06/20/03] |
| 6/18/03 | 4 | NOTICE by plaintiff Immunex Corporation, plaintiff Amgen Inc - of related case(s) USDC, Northern District of CA, case no C 03-1603 JL (rn) [Entry date 06/23/03] |
| 6/20/03 | 3 | ORDER to reassign case due to self-recusal: by Judge A. H. Matz Case reassigned from Judge A. H. Matz to Judge Terry J. Hatter for all further proceedings (rn) [Entry date 06/23/03] |
| 9/8/03 | 5 | ORDER TRANSFERRING ACTION Under Section 3.1 of General Order 224 Case transferred from Judge Terry J. Hatter to Judge Mariana R. Pfaelzer for all further proceedings. The case number will now reflect the initials of the transferee Judge [ CV 03-4349 MRP (CWx)] (cc: all counsel) (rn) [Entry date 09/08/03] |
| 9/24/03 | -- | SUMMONS issued as to defendant Trustees of Columbia on first amended complaint (shb) [Entry date 09/25/03] |
| 9/24/03 | 6 | FIRST AMENDED COMPLAINT [1-1] by plaintiff Immunex Corporation, plaintiff Amgen Inc - . Summons issued on first amended complaint (shb) [Entry date 09/25/03] |
| 9/24/03 | 7 | LIS PENDENS NOTICE filed by Plaintiffs Immunex Corporation, Amgen Inc (el) [Entry date 09/25/03] |
| 9/30/03 | 8 | ORIGINAL AFFIDAVIT AND PROOF OF SERVICE executed upon defendant Trustees of Columbia University; Service by None selected on 9/25/03 via personal service by delivering to and leaving copies by serving summons and complaint and other documents with Dana Lemaster, a paralegal in the Office of General Counsel, authorized to accept service of the documents for Elizabeth J Keefer Esq (el) [Entry date 10/01/03] |
| 10/17/03 | 9 | STIPULATION and ORDER by Judge Mariana R. Pfaelzer that defendant The Trustees of Columbia Universsity shall have |

|          |    |                                                                                                                                                                                                                                                   |
|----------|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |    | until and including 10/30/03 to respond to the First Amended Complaint (el) [Entry date 10/21/03]                                                                                                                                                 |
| 10/27/03 | 10 | CERTIFICATE OF INTERESTED PARTIES filed by defendant Trustees of Columbia University in the City of New York (el) [Entry date 10/28/03]                                                                                                           |
| 10/27/03 | 11 | NOTICE OF MOTION AND MOTION by defendant Trustees of Columbia University in the City of New York to transfer case to the Northern Distric of California; motion hearing set for 10:00 11/17/03; Lodged ord (el) [Entry date 10/28/03]              |
| 10/27/03 | 12 | MEMORANDUM of POINTS AND AUTHORITIES IN SUPPORT by defendant Trustees of Columbia of motion to transfer case to the Northern Distric of California [11-1] (el) [Entry date 10/28/03]                                                              |
| 10/27/03 | 13 | DECLARATION of David Gindler in support by defendant Trustees of Columbia of motion to transfer case to the Northern District of California [11-1] (el) [Entry date 10/28/03]                                                                     |
| 10/27/03 | 14 | DECLARATION of Dohoang T Duong in support by defendant Trustees of Columbia of motion to transfer case to the Northern District of California [11-1] (el) [Entry date 10/28/03]                                                                   |
| 10/27/03 | 15 | CERTIFICATE OF SERVICE by defendant Trustees of Columbia on 10/27/03 of Motion to Transfer; Memorandum of Points and Authorities in support; Declaration of Dohoang T Duong in support of motion and proposed order, served on Arthur Wineburg Esq (see service list) by mail (el) [Entry date 10/28/03] |
| 10/27/03 | -- | PLACED IN FILE - NOT USED (Proposed) Order granting motion to transfer (shb) [Entry date 11/24/03]                                                                                                                                                |
| 10/28/03 | 16 | SUPPLEMENTAL CERTIFICATE OF SERVICE by defendant Trustees of Columbia re service [15-1], by mail and by personal service (el) [Entry date 10/29/03]                                                                                               |
| 10/30/03 | 17 | NOTICE OF MOTION AND MOTION by defendant Trustees of Columbia University to dismiss plaintiffs' seventh claim of relief; motion hearing set for 10:00 11/24/03; Lodged prop order (el) [Entry date 11/03/03]                                      |
| 10/30/03 | 18 | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT by defendant Trustees of Columbia University of motion to dismiss plaintiffs' seventh claim of relief (el) [Entry date 11/03/03]                                                                  |
| 10/30/03 | 19 | CERTIFICATE OF SERVICE by defendant Trustees of Columbia on 10/30/03 of Motion to dismiss plaintiffs' seventh claim for relief; Memorandum of Points and Authorities in support; Proposed Order, served on (see service list) by mail (el) [Entry date 11/03/03] |
| 10/31/03 | 20 | CERTIFICATE OF SERVICE by defendant Trustees of Columbia on 10/30/03 of Motion to dismiss plaintiffs' seventh claim for                                                                                                                           |

|  |  |  |
|---|---|---|
|  |  | relief;Memorandum of Points and Authorities in support and proposed Order granting its motion to dismiss served on Jennie L La Prade Esq by personal service (el) [Entry date 11/04/03] |
| 11/3/03 | 21 | MEMORANDUM OF POINTS AND AUTHORITIES filed by plaintiffs Immunex Corportation and Amgen Inc in opposition to motion to transfer case to the Northern District of California [11-1] (el) [Entry date 11/04/03] |
| 11/3/03 | 22 | DECLARATION of Jennie L La Prade in support by Plaintiffs Immunex Corporation, Amgen Inc of opposition to motion to transfer case to the Northern District of California [11-1] (el) [Entry date 11/04/03] |
| 11/3/03 | 23 | REQUEST by Plaintiffs Immunex Corporation, Amgen Inc for Judicial Notice in support of motion to transfer case to the Northern District of California [11-1] (el) [Entry date 11/04/03] |
| 11/10/03 | 24 | MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION by plaintiffs to motion to dismiss plaintiffs' seventh claim of relief [17-1] (pj) [Entry date 11/12/03] |
| 11/10/03 | 25 | APPENDIX OF NON FEDERAL AND NON REPORTED AUTHORITIES filed by plaintiffs Immunex Corporation, Amgen Inc in support of opposition [24-1] (pj) [Entry date 11/12/03] |
| 11/10/03 | 26 | REPLY BRIEF by defendant Trustees of Columbia in support to motion to transfer case to the Northern Distric of California [11-1] (pj) [Entry date 11/12/03] |
| 11/10/03 | 27 | CERTIFICATE OF SERVICE by defendant Trustees of Columbia on 11/10/03 of reply brief in support of Columbia University motion to transfer, supplemental declaration of David Gindler in support, certificate of service (pj) [Entry date 11/12/03] |
| 11/10/03 | 28 | SUPPLEMENTAL DECLARATION of DAVID GINDLER IN SUPPORT by defendant Trustees of Columbia re motion to transfer case to the Northern Distric of California [11-1] (pj) [Entry date 11/12/03] |
| 11/12/03 | 29 | MINUTES: Having read and considered the documents listed (see document for details). the Court does not feel tht oral argument is necessary in this matter. The defendant's motion to transfer case to the Northern District of California [11-1], is DENIED by Judge Mariana R. Pfaelzer (el) [Entry date 11/13/03] |
| 11/12/03 | 30 | APPLICATION AND ORDER of Non-Resident Attorney to Appear in a Specific Case filed for plaintiff Immunex Corporation, et al by Arthur Wineburg. Designating Jennie L. La Prade as local counsel. Approved by Judge Mariana R. Pfaelzer . (Fee pd) (el) [Entry date 11/13/03] |
| 11/12/03 | 31 | APPLICATION AND ORDER of Non-Resident Attorney to Appear in a Specific Case filed for plaintiffs Immunex Corporation, and Amgen Inc by Bradford E Biegon. Designating as local counsel Jennie L La Prade. Approved by Judge Mariana R. |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                              |
|------------|----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | Pfaelzer. (Fee pd) (el) [Entry date 11/13/03]                                                                                                                                                                                                                                                                                                                                                |
| 11/12/03   | 32 | PROOF OF SERVICE by defendant Trustees of Columbia on 11/10/03 of Reply Brief in support of Motion to transfer; Supplemental declaration of David Gindler in support served on Jennie L La Prade Esq by messenger (el) [Entry date 11/13/03] [Edit date 11/13/03]                                                                                                                             |
| 11/13/03   | 34 | EX PARTE APPLICATION filed by plaintiffs for order permitting plaints to file a sur-reply to Columbia's reply brief in support of motion to transfer; Declaration of Jennie L La Prade (el) [Entry date 11/18/03]                                                                                                                                                                             |
| 11/13/03   | 35 | OBJECTIONS by plaintiff Amgen Inc to defendant's information untimely submitted with its reply brief in support of Columbia's motion to transfer case to the Northern District of California [11-1] (el) [Entry date 11/18/03]                                                                                                                                                                |
| 11/14/03   | 33 | MINUTES: (IN CHAMBERS) as Plaintiff's ex parte application for an order permitting plaintiffs to file a sur-reply in support of motion to transfer, has been denied, Plaintiff's ex parte filed on 11/13/03 is moot by Judge Mariana R. Pfaelzer CR: Not Present (el) [Entry date 11/17/03]                                                                                                    |
| 11/14/03   | -- | PLACED IN FILE - NOT USED [PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR ORDER PERMITTING PLAINTIFFS TO FILE A SUR-REPLY IN SUPPORT OF MOTION TO TRANSFER; DECLARATION OF JENNIE L LA PRADE (el) [Entry date 11/17/03]                                                                                                                                                                    |
| 11/17/03   | 36 | REPLY BRIEF in support by defendant Trustees of Columbia to motion to dismiss plaintiffs' seventh claim for relief (el) [Entry date 11/18/03]                                                                                                                                                                                                                                                 |
| 11/19/03   | 37 | MINUTES: The Court does not feel that oral argument is necessary in this matter. The Defendant's motion to dismiss plaintiffs' seventh claim of relief [17-1], is GRANTED. A memorandum of decision will follow by Judge Mariana R. Pfaelzer (el) [Entry date 11/20/03]                                                                                                                       |
| 11/24/03   | 38 | ORDER by Judge Mariana R. Pfaelzer GRANTING Columbia's motion to dismiss plaintiffs' seventh claim of relief. Paragraph 90 of the Amended Complaint is dismissed with prejudice and the remainder of the Seventh Claim is dismissed without prejudice [17-1] (pj) [Entry date 11/25/03]                                                                                                       |
| 11/26/03   | 39 | NOTICE OF FILING OF MOTION WITH THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION TO TRANSFER by defendant Trustees of Columbia (pj) [Entry date 12/01/03]                                                                                                                                                                                                                                      |
| 12/10/03   | 40 | SECOND AMENDED COMPLAINT [6-1] by Plaintiffs Immunex Corporation, Amgen Inc. Summons not issued (el) [Entry date 12/17/03]                                                                                                                                                                                                                                                                   |
| 12/29/03   | 41 | NOTICE OF MOTION AND MOTION by defendant Trustees of Columbia University to dismiss plaintiffs' seventh claim for relief, or in the alternative for more definite statement; motion hearing set for 10:00 1/26/04; Lodged order (el) [Entry date 12/30/03]                                                                                                                                    |

| | | |
|---|---|---|
| 12/29/03 | 42 | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT by defendant Trustees of Columbia University's motion to dismiss plaintiffs' seventh claim for relief [41-1], or in the alternative for more definite statement [41-2] (el) [Entry date 12/30/03] |
| 12/29/03 | 43 | PROOF OF SERVICE by defendant Trustees of Columbia on 12/29/03 of Motion to dismiss 7th claim for relief or in the alternative for a more definite statement; Memorandum of Points and Authorities in support; proposed order served on (see service list) by personal delivery (el) [Entry date 12/30/03] |
| 12/30/03 | 44 | CERTIFICATE OF SERVICE BY MESSENGER by defendant Trustees of Columbia on 12/29/03 of Notice of motion and motion to dismiss plaintiffs seventh claim for relief or in the alternative motion for a more definite statement (see document for further detials). (jp) [Entry date 12/31/03] |

Case Flags:
AO279
(CWx)

END OF DOCKET: 2:03cv4349

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 04/12/2004 12:47:20 ||||
| **PACER Login:** | us2510 | **Client Code:** | |
| **Description:** | docket report | **Search Criteria:** | 2:03cv04349 |
| **Billable Pages:** | 8 | **Cost:** | 0.56 |