UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | MDL NO. 1592 |
| IMMUNEX CORPORATION, a Washington Corporation and AMGEN INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY, a New York Corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | Civil Action No. 04-10740-MLW<br><br>STATEMENT OF PLAINTIFFS IMMUNEX CORPORATION AND AMGEN INC. PURSUANT TO MEMORANDUM AND ORDER OF APRIL 9, 2004 REGARDING RECUSAL |

## NOTICE OF APPEARANCE

Please enter the appearance of Eileen M. Herlihy as attorney for Immunex Corporation and Amgen Inc. in connection with the above-captioned matter.

IMMUNEX CORPORATION AND AMGEN INC.
By their attorney,

_____
Eileen M. Herlihy
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

April 30, 2004

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by mail on April 30, 2004.

_____