UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IMMUNEX CORPORATION, a Washington corporation and AMGEN INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY, a New York corporation<br><br>Defendant. | Civil Action No. 04-10740-MLW<br><br>Part of MDL No. 1592 (MLW) |

## NOTICE OF APPEARANCE

Please take notice of the appearance in the above-captioned multidistrict litigation ("MDL"), as attorneys for The Trustees of Columbia University in the City of New York ("Columbia"), of:

>Wayne M. Barsky
>Kevin S. Rosen
>DoHoang T. Duong
>Gibson, Dunn & Crutcher LLP
>2029 Century Park East, Ste. 400
>Los Angeles, CA 90067
>(310) 552-8500

The appearance of Mr. Barsky, Mr. Rosen and Ms. Duong is in addition to the attorneys who have already entered an appearance for Columbia (*i.e.*, Irell & Manella LLP and Griesinger, Tighe & Maffei, LLP) in the MDL. Electronic notices should be sent to the following email addresses: **wbarsky@gibsondunn.com**, **krosen@gibsondunn.com** and **tduong@gibsondunn.com**.

Respectfully submitted,

/s/ McC
_____
Scott McConchie (BBO # 634127)
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02210-2600
(617) 542-9900
(617) 542-0900 (fax)

Dated: May 20, 2004