

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152



**TONY ANASTAS**
**CLERK**

KIMBERLY M. ABAID
DEPUTY CLERK

March 13, 2004

Ms. Sherri R. Carter, Clerk
United States District Court
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA  90012

IN RE: <u>MDL DOCKET No. 1592</u>  In re: Columbia University Patent Litigation
USDC - Massachusetts <u>Lead</u> Case No. 1:03CV11329-MLW
Your Case: Civil Action No. 2:03cv4349 Immunex Corp., et al v. The Trustees of Columbia University
District of MA No. 1:04cv10740 MLW

Dear Ms. Carter:

  Enclosed is a certified copy of the Order of the Judicial Panel on Multi-District Litigation, transferring the cases on the attached listing to the U.S. District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to Title 28 United States Code Section 1407.  These cases have been assigned to the Honorable Mark L. Wolf

  In accordance with the Rules concerning Multi-District Litigation, please forward the original case file, along with a certified copy of the docket entries and a copy of the transfer order for the case now pending in your district as indicated above.  Also include a copy of this letter when transmitting your records to the above address.

  Your prompt attention to this matter is greatly appreciated.  If you should have any questions, please do not hesitate to contact the undersigned at 617-748-9113, Dennis O'Leary Courtroom Clerk for Judge Wolf at 617-748-9159 or Kathy Boyce Docket Clerk for Judge Wolf at  617-748-9155.

Sincerely,

Kimberly M. Abaid
Deputy Clerk

Information Copy to:  Michael Beck, Clerk of the Panel
          Counsel of Record
          Dennis O'Leary
          Kathy Boyce