UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

2004 JUN 16  A 5:54

| | |
|---|---|
| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | MDL NO. 1592 |
| IMMUNEX CORPORATION, a Washington Corporation and AMGEN INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY, a New York Corporation,<br><br>Defendant. | Civil Action No. 04-10740-MLW |
| AND RELATED COUNTERCLAIM | |

## AFFIDAVIT OF ARTHUR WINEBURG

I, Arthur Wineburg, state as follows:

1. I submit this affidavit in support of the motion that I be permitted to appear *pro hac vice* in this case on behalf of the plaintiffs, Amgen Inc. and Immunex Corporation.

2. I am a partner at the law firm of Pillsbury Winthrop, 1133 Connecticut Avenue NW, Washington, DC 20036.

3. I am an active member of the bar of the District of Columbia and the Commonwealth of Virginia, having been admitted in 3/5/1973 and in 10/29/2001, respectively.

4. I am also admitted to the U.S. Supreme Court, the Court of Appeals for the Federal Circuit, the Court of International Trade, and U.S. District Courts of the District of Columbia and the Commonwealth of Virginia.

6. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

7. There are no disciplinary proceedings against me in any jurisdiction.

8. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 15th day of June, 2004.

/s/ Arthur Wineburg
Arthur Wineburg