UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS 2004 JUN 16  A 5: 54

| | |
|---|---|
| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | MDL NO. 1592 |
| IMMUNEX CORPORATION, a Washington Corporation and AMGEN INC., a Delaware Corporation, | Civil Action No. 04-10740-MLW |
| Plaintiffs, | |
| vs. | |
| THE TRUSTEES OF COLUMBIA UNIVERSITY, a New York Corporation, | |
| Defendant. | |
| AND RELATED COUNTERCLAIM | |

**AFFIDAVIT OF VICKI G. NORTON**

I, Vicke G. Norton, state as follows:

1.    I submit this affidavit in support of the motion that I be permitted to appear *pro hac vice* in this case on behalf of the plaintiffs, Amgen Inc. and Immunex Corporation.

2.    I am a partner at the law firm of Wilson Sonsini Goodrich & Rosati 3611 Valley Centre Drive, San Diego, CA 92130.

3.    I am an active member of the bar of the State of California having been admitted in 1994.

4.    I am an inactive member of the bars of the (none to list).

5.    I am also admitted to United States Patent and Trademark Office.

- 3 -

6.    I am a member in good standing in every jurisdiction in which I have been admitted to practice.

7.    There are no disciplinary proceedings against me in any jurisdiction.

8.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this __2nd__ day of June, 2004.


_Vicki G. Norton_
Vicki G. Norton

## SERVICE LIST FOR AMGEN FILING

I hereby certify that a copy of the foregoing Motion for Admission of Vicki G. Norton *Pro Hac Vice* and accompanying affidavit has been served by fax and overnight mail this 15th day of June, 2004.


## BAXTER HEALTHCARE CORPORATION v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK

*Counsel for Plaintiff Baxter Healthcare Corporation*

> Donald R. Ware
> FOLEY HOAG LLP
> 155 Seaport Boulevard
> Boston, MA 02210-2600
> Office: (617) 832-1000
> Fax: (617) 832-7000

## BIOGEN, INC., GENZYME CORPORATION and ABBOTT BIORESEARCH CENTER, INC. v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK

*Counsel for Plaintiffs Biogen, Inc. and Genzyme Corp.*

> Donald R. Ware
> FOLEY HOAG LLP
> 155 Seaport Boulevard
> Boston, MA 02210-2600
> Office: (617) 832-1000
> Fax: (617) 832-7000

*Counsel for Plaintiff Abbott Bioresearch Center, Inc.*

> Mark A. Pals
> KIRKLAND & ELLIS LLP
> AON Building
> 200 East Randolph Drive
> Suite 5400
> Chicago, IL 60601
> Office: (312) 861-2000
> Fax: (312) 861-2200

**GENENTECH, INC. v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK**

*Counsel for Plaintiff Genentech, Inc.*

> Victoria F. Maroulis
> QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
> 555 Twin Dolphin Drive, Suite 560
> Redwood Shores, California 94065
> Office: (650) 620-4500
> Fax: (650) 620-4555

**IMMUNEX CORPORATION AND AMGEN INC v. THE TRUSTEES OF COLUMBIA UNIVERSITY**

*Counsel for The Trustees of Columbia University in the City of New York*

> Kevin S. Rosen
> GIBSON, DUNN & CRUTCHER, LLP
> 2029 Century Park East, Suite 4000
> Los Angeles, California 90067-4276
> Office: (310) 552-8500
> Fax: (310) 557-8741

**JOHNSON & JOHNSON v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK**

*Counsel for Plaintiff Johnson & Johnson*

> Steven A. Zalesin
> PATTERSON, BELKNAP, WEBB & TYLER LLP
> 1133 Avenue of the Americas
> New York, NY 10036
> Office: (212) 336-2000
> Fax: (212) 336-2222

**THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK v. JOHNSON & JOHNSON**

*Counsel for Defendant Johnson & Johnson*

> Steven A. Zalesin
> PATTERSON, BELKNAP, WEBB & TYLER LLP
> 1133 Avenue of the Americas
> New York, NY 10036
> Office: (212) 336-2000
> Fax: (212) 336-2222

## WYETH AND GENETICS INSTITUTE LLC v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK

*Counsel for Plaintiffs Wyeth and Genetics Institute LLC*

Leora Ben-Ami
KAYE SCHOLER, LLP
425 Park Avenue
New York, NY 10022-7203
Office: (212) 836-8000
Fax: (212) 836-8689

and

*Counsel for The Trustees of Columbia University in the City of New York*

David I. Gindler
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
Office: (310) 277-1010
Fax: (310) 203-7199

Wayne Barsky
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Office: (213) 229-7000
Fax: (213) 229-7520