UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | MDL NO. 1592 |
|---|---|
| IMMUNEX CORPORATION, a Washington Corporation and AMGEN INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY, a New York Corporation,<br><br>Defendant. | Civil Action No. 04-10740-MLW |
| AND RELATED COUNTERCLAIM | |

**AFFIDAVIT OF VICKI G. NORTON**

I, Vicke G. Norton, state as follows:

1. I submit this affidavit in support of the motion that I be permitted to appear *pro hac vice* in this case on behalf of the plaintiffs, Amgen Inc. and Immunex Corporation.

2. I am a partner at the law firm of Wilson Sonsini Goodrich & Rosati 3611 Valley Centre Drive, San Diego, CA 92130.

3. I am an active member of the bar of the State of California having been admitted in 1994.

4. I am an inactive member of the bars of the (none to list).

5. I am also admitted to United States Patent and Trademark Office.

- 3 -

6. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

7. There are no disciplinary proceedings against me in any jurisdiction.

8. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 2nd day of June, 2004.

_____
Vicki G. Norton

## SERVICE LIST FOR AMGEN FILING

I hereby certify that a copy of the foregoing Motion for Admission of Vicki G. Norton *Pro Hac Vice* and accompanying affidavit has been served by fax and overnight mail this 15th day of June, 2004.

### BAXTER HEALTHCARE CORPORATION v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK

*Counsel for Plaintiff Baxter Healthcare Corporation*

>   Donald R. Ware
>   FOLEY HOAG LLP
>   155 Seaport Boulevard
>   Boston, MA 02210-2600
>   Office: (617) 832-1000
>   Fax: (617) 832-7000

### BIOGEN, INC., GENZYME CORPORATION and ABBOTT BIORESEARCH CENTER, INC. v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK

*Counsel for Plaintiffs Biogen, Inc. and Genzyme Corp.*

>   Donald R. Ware
>   FOLEY HOAG LLP
>   155 Seaport Boulevard
>   Boston, MA 02210-2600
>   Office: (617) 832-1000
>   Fax: (617) 832-7000

*Counsel for Plaintiff Abbott Bioresearch Center, Inc.*

>   Mark A. Pals
>   KIRKLAND & ELLIS LLP
>   AON Building
>   200 East Randolph Drive
>   Suite 5400
>   Chicago, IL 60601
>   Office: (312) 861-2000
>   Fax: (312) 861-2200

### GENENTECH, INC. v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK

*Counsel for Plaintiff Genentech, Inc.*

    Victoria F. Maroulis
    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    555 Twin Dolphin Drive, Suite 560
    Redwood Shores, California 94065
    Office: (650) 620-4500
    Fax: (650) 620-4555

### IMMUNEX CORPORATION AND AMGEN INC v. THE TRUSTEES OF COLUMBIA UNIVERSITY

*Counsel for The Trustees of Columbia University in the City of New York*

    Kevin S. Rosen
    GIBSON, DUNN & CRUTCHER, LLP
    2029 Century Park East, Suite 4000
    Los Angeles, California 90067-4276
    Office: (310) 552-8500
    Fax: (310) 557-8741

### JOHNSON & JOHNSON v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK

*Counsel for Plaintiff Johnson & Johnson*

    Steven A. Zalesin
    PATTERSON, BELKNAP, WEBB & TYLER LLP
    1133 Avenue of the Americas
    New York, NY 10036
    Office: (212) 336-2000
    Fax: (212) 336-2222

### THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK v. JOHNSON & JOHNSON

*Counsel for Defendant Johnson & Johnson*

    Steven A. Zalesin
    PATTERSON, BELKNAP, WEBB & TYLER LLP
    1133 Avenue of the Americas
    New York, NY 10036
    Office: (212) 336-2000
    Fax: (212) 336-2222

## WYETH AND GENETICS INSTITUTE LLC v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK

*Counsel for Plaintiffs Wyeth and Genetics Institute LLC*

> Leora Ben-Ami
> KAYE SCHOLER, LLP
> 425 Park Avenue
> New York, NY  10022-7203
> Office:  (212) 836-8000
> Fax:  (212) 836-8689

and

*Counsel for The Trustees of Columbia University in the City of New York*

> David I. Gindler
> IRELL & MANELLA LLP
> 1800 Avenue of the Stars
> Suite 900
> Los Angeles, CA  90067-4276
> Office:  (310) 277-1010
> Fax: (310) 203-7199

> Wayne Barsky
> GIBSON DUNN & CRUTCHER LLP
> 333 South Grand Avenue
> Los Angeles, CA 90071-3197
> Office: (213) 229-7000
> Fax: (213) 229-7520