UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | MDL NO. 1592 |
| IMMUNEX CORPORATION, a Washington Corporation and AMGEN INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY, a New York Corporation,<br><br>Defendant. | Civil Action No. 04-10740-MLW |
| AND RELATED COUNTERCLAIM | |

FILING FEE PAID:
RECEIPT #
AMOUNT $
BY DPTY CLK
DATE

## **MOTION FOR ADMISSION OF KIRKE M. HASSON *PRO HAC VICE***

Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, Eileen M. Herlihy, a member of the bar of this Court, moves that:

Kirke M. Hasson, a member of the bar of the State of California, United States Supreme Court; all Federal courts in California; and the Second, Fifth and Ninth Circuit Courts of Appeals, be granted leave to appear and practice in this Court in the above-entitled action.

Accompanying this Motion is the Affidavit of Kirke M. Hasson attesting that: (1) he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a

member of the bar in any jurisdiction; and (3) he is familiar with the local Rules of the United States District Court for the District of Massachusetts.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that Plaintiffs' counsel conferred with Defendant's counsel on June 15, 2004, and Defendant's counsel did not object to the present motion.

IMMUNEX CORPORATION AND AMGEN INC.
By their attorney,

Eileen M. Herlihy
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

June 15, 2004

## SERVICE LIST FOR AMGEN FILING

I hereby certify that a copy of the foregoing Motion for Admission of Kirke M. Hasson *Pro Hac Vice* and accompanying affidavit has been served by fax and overnight mail on this 15th day of June, 2004.

### BAXTER HEALTHCARE CORPORATION v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK

*Counsel for Plaintiff Baxter Healthcare Corporation*

> Donald R. Ware
> FOLEY HOAG LLP
> 155 Seaport Boulevard
> Boston, MA 02210-2600
> Office: (617) 832-1000
> Fax: (617) 832-7000

### BIOGEN, INC., GENZYME CORPORATION and ABBOTT BIORESEARCH CENTER, INC. v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK

*Counsel for Plaintiffs Biogen, Inc. and Genzyme Corp.*

> Donald R. Ware
> FOLEY HOAG LLP
> 155 Seaport Boulevard
> Boston, MA 02210-2600
> Office: (617) 832-1000
> Fax: (617) 832-7000

*Counsel for Plaintiff Abbott Bioresearch Center, Inc.*

> Mark A. Pals
> KIRKLAND & ELLIS LLP
> AON Building
> 200 East Randolph Drive
> Suite 5400
> Chicago, IL 60601
> Office: (312) 861-2000
> Fax: (312) 861-2200

## GENENTECH, INC. v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK

*Counsel for Plaintiff Genentech, Inc.*

>   Victoria F. Maroulis
>   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
>   555 Twin Dolphin Drive, Suite 560
>   Redwood Shores, California 94065
>   Office: (650) 620-4500
>   Fax: (650) 620-4555

## IMMUNEX CORPORATION AND AMGEN INC v. THE TRUSTEES OF COLUMBIA UNIVERSITY

*Counsel for The Trustees of Columbia University in the City of New York*

>   Kevin S. Rosen
>   GIBSON, DUNN & CRUTCHER, LLP
>   2029 Century Park East, Suite 4000
>   Los Angeles, California 90067-4276
>   Office: (310) 552-8500
>   Fax: (310) 557-8741

## JOHNSON & JOHNSON v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK

*Counsel for Plaintiff Johnson & Johnson*

>   Steven A. Zalesin
>   PATTERSON, BELKNAP, WEBB & TYLER LLP
>   1133 Avenue of the Americas
>   New York, NY 10036
>   Office: (212) 336-2000
>   Fax: (212) 336-2222

## THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK v. JOHNSON & JOHNSON

*Counsel for Defendant Johnson & Johnson*

>   Steven A. Zalesin
>   PATTERSON, BELKNAP, WEBB & TYLER LLP
>   1133 Avenue of the Americas
>   New York, NY 10036
>   Office: (212) 336-2000
>   Fax: (212) 336-2222

## WYETH AND GENETICS INSTITUTE LLC v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK

*Counsel for Plaintiffs Wyeth and Genetics Institute LLC*

>   Leora Ben-Ami
>   KAYE SCHOLER, LLP
>   425 Park Avenue
>   New York, NY 10022-7203
>   Office: (212) 836-8000
>   Fax: (212) 836-8689

and

*Counsel for The Trustees of Columbia University in the City of New York*

| | |
|---|---|
| David I. Gindler | Wayne Barsky |
| IRELL & MANELLA LLP | GIBSON DUNN & CRUTCHER LLP |
| 1800 Avenue of the Stars | 333 South Grand Avenue |
| Suite 900 | Los Angeles, CA 90071-3197 |
| Los Angeles, CA 90067-4276 | Office: (213) 229-7000 |
| Office: (310) 277-1010 | Fax: (213) 229-7520 |
| Fax: (310) 203-7199 | |