```
                                        ...RT COURT
                                       ...CT OF MASS.

                                       2004 JUN 16  A 5: 53
```

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| IN RE: COLUMBIA UNIVERSITY | ) | MDL NO. 1592 |
| PATENT LITIGATION | ) | |
| | ) | |

FILED
...'S OFFICE

<u>Certification of Amgen and Immunex As Required by May 27, 2004 Order</u>

We, Monique Cordray and Arthur Wineburg, hereby certify our compliance with this Court's Order of May 27, 2004. We affirm that Monique Cordray, the authorized representative, and Arthur Wineburg, counsel for Amgen and Immunex, have conferred regarding:

   a) a budget for the costs of conducting the full course and various alternative courses of the litigation; and

   b) the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4 of the Local Rules for the United States District Court for the District of Massachusetts.

June 15, 2004

Respectfully submitted,

IMMUNEX CORPORATION and AMGEN INC.
By their authorized representative,

_____
Monique Cordray

And by their attorneys,
PILLSBURY WINTHROP LLP

_____
Arthur Wineburg

## SERVICE LIST FOR AMGEN FILING

I hereby certify that a copy of the foregoing Certification of Amgen and Immunex as Required by May 27, 2004 Order has been served by fax and overnight mail on this 15th day of June, 2004.

### BAXTER HEALTHCARE CORPORATION v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK

*Counsel for Plaintiff Baxter Healthcare Corporation*

> Donald R. Ware
> FOLEY HOAG LLP
> 155 Seaport Boulevard
> Boston, MA 02210-2600
> Office: (617) 832-1000
> Fax: (617) 832-7000

### BIOGEN, INC., GENZYME CORPORATION and ABBOTT BIORESEARCH CENTER, INC. v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK

*Counsel for Plaintiffs Biogen, Inc. and Genzyme Corp.*

> Donald R. Ware
> FOLEY HOAG LLP
> 155 Seaport Boulevard
> Boston, MA 02210-2600
> Office: (617) 832-1000
> Fax: (617) 832-7000

*Counsel for Plaintiff Abbott Bioresearch Center, Inc.*

> Mark A. Pals
> KIRKLAND & ELLIS LLP
> AON Building
> 200 East Randolph Drive
> Suite 5400
> Chicago, IL 60601
> Office: (312) 861-2000
> Fax: (312) 861-2200

**GENENTECH, INC. v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK**

*Counsel for Plaintiff Genentech, Inc.*

>   Victoria F. Maroulis
>   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
>   555 Twin Dolphin Drive, Suite 560
>   Redwood Shores, California 94065
>   Office: (650) 620-4500
>   Fax: (650) 620-4555

**IMMUNEX CORPORATION AND AMGEN INC v. THE TRUSTEES OF COLUMBIA UNIVERSITY**

*Counsel for The Trustees of Columbia University in the City of New York*

>   Kevin S. Rosen
>   GIBSON, DUNN & CRUTCHER, LLP
>   2029 Century Park East, Suite 4000
>   Los Angeles, California 90067-4276
>   Office: (310) 552-8500
>   Fax: (310) 557-8741

**JOHNSON & JOHNSON v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK**

*Counsel for Plaintiff Johnson & Johnson*

>   Steven A. Zalesin
>   PATTERSON, BELKNAP, WEBB & TYLER LLP
>   1133 Avenue of the Americas
>   New York, NY 10036
>   Office: (212) 336-2000
>   Fax: (212) 336-2222

**THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK v. JOHNSON & JOHNSON**

*Counsel for Defendant Johnson & Johnson*

>   Steven A. Zalesin
>   PATTERSON, BELKNAP, WEBB & TYLER LLP
>   1133 Avenue of the Americas
>   New York, NY 10036
>   Office: (212) 336-2000
>   Fax: (212) 336-2222

## WYETH AND GENETICS INSTITUTE LLC v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK

*Counsel for Plaintiffs Wyeth and Genetics Institute LLC*

    Leora Ben-Ami
    KAYE SCHOLER, LLP
    425 Park Avenue
    New York, NY 10022-7203
    Office: (212) 836-8000
    Fax: (212) 836-8689

and

*Counsel for The Trustees of Columbia University in the City of New York*

| | |
|---|---|
| David I. Gindler | Wayne Barsky |
| IRELL & MANELLA LLP | GIBSON DUNN & CRUTCHER LLP |
| 1800 Avenue of the Stars | 333 South Grand Avenue |
| Suite 900 | Los Angeles, CA 90071-3197 |
| Los Angeles, CA 90067-4276 | Office: (213) 229-7000 |
| Office: (310) 277-1010 | Fax: (213) 229-7520 |
| Fax: (310) 203-7199 | |