UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | MDL NO. 1592 |
|---|---|
| IMMUNEX CORPORATION, a Washington Corporation and AMGEN INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY, a New York Corporation,<br><br>Defendant. | Civil Action No. 04-10740-MLW |
| AND RELATED COUNTERCLAIM | |

## AFFIDAVIT OF KIRKE M. HASSON

I, Kirke M. Hasson, state as follows:

1. I submit this affidavit in support of the motion that I be permitted to appear *pro hac vice* in this case on behalf of the plaintiffs, Amgen Inc. and Immunex Corporation.

2. I am a partner at the law firm of Pillsbury Winthrop LLP, 50 Fremont Street, San Francisco, CA 94105.

3. I am an active member of the bar of the State of California having been admitted in 1974.

4. I am also admitted to United States Supreme Court; all Federal courts in California; and the Second, Fifth and Ninth Circuit Courts of Appeals.

1

5. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

6. There are no disciplinary proceedings against me in any jurisdiction.

7. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 2nd day of June, 2004.

_____
Kirke M. Hasson