UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | MDL NO. 1592 |
| IMMUNEX CORPORATION, a Washington Corporation and AMGEN INC., a Delaware Corporation,<br><br>       Plaintiffs,<br><br>  vs.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY in the City of New York, a New York Corporation,<br><br>       Defendant. | Civil Action No. 04-10740-MLW<br><br>C.D. Cal. No. CV 03-4349 MRP (CWx) |
| AND RELATED COUNTERCLAIM | |

**RESPONSE OF PLAINTIFFS AMGEN INC. AND IMMUNEX CORPORATION TO PARAGRAPH 2 OF COURT'S ORDER OF OCTOBER 4, 2004**

In response to paragraph 2 of this Court's Order dated October 4, 2004, Amgen Inc. and Immunex Corporation hereby inform the Court that they may wish to address, on the discretion issue: *Minnesota Mining and Manufacturing Co. v. Norton Co.*, 929 F.2d 670, 673-74 (Fed. Cir. 1991) and *Biogen, Inc. v. Schering AG*, 954 F. Supp. 391, 397-99 (D. Mass. 1996).

October 5, 2004

Respectfully submitted,

IMMUNEX CORPORATION and AMGEN INC.
By their attorneys,

/s/ Kirke M. Hasson
Eileen M. Herlihy (BBO #231410)
Palmer & Dodge LLP
111 Huntington Avenue at Prudential Center
Boston, MA 02199-7613
Telephone: (617) 239-0100

Kirke M. Hasson (CA #61446)
Pillsbury Winthrop LLP
50 Fremont Street
San Francisco, CA 94105-2228
Telephone: (415) 983-1000