UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IMMUNEX CORPORATION, a Washington corporation and AMGEN INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY, a New York corporation<br><br>Defendant. | Civil Action No. 04-10740-MLW<br><br>Part of MDL No. 1592 (MLW) |

## ASSENTED-TO MOTION FOR ADMISSION
## *PRO HAC VICE* OF JACQUELINE CURNUTTE

Pursuant to Local Rule 83.5.3(b), Scott McConchie, a member of the bar of this Court, hereby moves this Court for an order allowing Jacqueline Curnutte to appear in this matter on behalf of The Trustees of Columbia University in the City of New York ("Columbia"). As grounds for this motion, the undersigned relies upon the affidavit of Attorney Curnutte (submitted herewith) and states as follows:

1. Attorney Curnutte is an attorney with the firm of Gibson Dunn & Crutcher LLP ("Gibson Dunn"), in that firm's Los Angeles office (333 South Grand Avenue, Los Angeles, California, 90071-3197).

2. Attorney Curnutte is a member of the bar of the State of California, and is a member in good standing in all jurisdictions where she has been admitted to practice.

3. There are no disciplinary proceedings pending against Attorney Curnutte in any jurisdiction.

4. Attorney Curnutte is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.  Counsel for Columbia has raised this matter with Kirke Hasson, counsel for the plaintiffs, and the plaintiffs assent to this motion.

WHEREFORE, Scott McConchie hereby requests that this Court admit Attorney Curnutte to appear for Columbia in this matter, and to add Attorney Curnutte to the Court's distribution list. Attorney Curnutte's email address is JCurnutte@gibsondunn.com. Her mailing address is: Gibson Dunn & Crutcher, 333 South Grand Avenue, Los Angeles, California, 90071-3197.

Respectfully submitted,

*[signature]*

Thomas Maffei (BBO # 313220)
Scott McConchie (BBO# 634127)
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA  02210-2600
(617) 542-9900
(617) 542-0900 (fax)

Dated: February 1, 2005

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/~~hand/facsimile~~ on:
2/1/05   *[signature]*

- 2 -