# GRIESINGER, TIGHE & MAFFEI, LLP
Attorneys at Law
176 Federal Street
Boston, Massachusetts 02110

TELEPHONE (617) 542-9900
FACSIMILE (617) 542-0900

Scott McConchie
(617) 603-0917
sm@gtmllp.com

February 28, 2005

**BY HAND**

Mr. Dennis O'Leary
Courtroom Clerk to The Honorable Mark L. Wolf
United States District Court
 for the District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re:   The Trustees of Columbia University in the City of New York Litigation

Dear Mr. O'Leary:

This letter follows up on our telephone conversation of February 15, 2005 concerning the *pro hac vice* applications of Jacqueline Curnutte, of the law firm Gibson Dunn & Crutcher LLP. As we discussed, at the beginning of this month, I submitted two applications (along with two affidavits and two fees) so that Ms. Curnutte could be admitted in the pending cases brought by the Amgen entities against Columbia. (For your information, Gibson Dunn & Crutcher LLP represents Columbia in the litigation involving the Amgen entities; Irell & Manella, LLP represents Columbia in the remaining cases.)

The two cases for which Ms. Curnutte seeks admission are:

1) Immunex Corporation and Amgen Inc. v. The Trustees of Columbia University in the City of New York, Civil Action No. 04-10740-MLW; Part of MDL No. 1592 (MLW); and

2) Amgen Manufacturing, Limited; Immunex Rhode Island Corporation; and Amgen USA, Inc. v. The Trustees of Columbia University, a New York corporation, Civil Action No. 04-12626 (MLW).

Mr. Dennis O'Leary
February 28, 2005
Page 2

      During our call, you indicated that Ms. Curnutte would be admitted in both cases. I am following up with this letter so that Ms. Curnutte is also added to electronic service list for each of the above cases. Ms. Curnutte's email address is:

      JCurnutte@gibsondunn.com

Her mailing address is:

      Gibson Dunn & Crutcher
      333 South Grand Avenue
      Los Angeles, California, 90071-3197.

      If you or Ms. Boyce have any questions at all, please do not hesitate to call me.

We appreciate your attention to this matter.

      Sincerely,

      [signature]

      Scott McConchie

cc:    Jacqueline Curnutte, Esq.
      Amanda J. Tessar, Esq.