UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | MDL NO. 1592 |
| IMMUNEX CORPORATION, a Washington Corporation and AMGEN INC., a Delaware Corporation, | CIVIL ACTION NO.: 04-10740-MLW<br><br>C. D. Cal. No. CV 03-4349 MRP (CWx) |
| Plaintiffs, | Judge Mark L. Wolf |
| vs. | |
| THE TRUSTEES OF COLUMBIA UNIVERSITY in the City of New York, a New York Corporation, | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | |

Plaintiffs and counterdefendants, Immunex Corporation and Amgen Inc. ("Amgen"), and defendant and counterclaimant, The Trustees of Columbia University in the City of New York ("Columbia"), hereby stipulate pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure that this action is dismissed in its entirety, including all counterclaims, with prejudice, with all

1

10878763v2

appeals waived and with each party to bear its own fees and costs.

Dated: July 13, 2005

Respectfully submitted,

_____
FRED A. KELLY, JR.
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300

KIRKE M. HASSON
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Plaintiffs and Counterdefendants,
IMMUNEX CORPORATION and AMGEN INC.

_____
WAYNE M. BARSKY
Gibson, Dunn & Crutcher LLP
2029 Century Park East
Los Angeles, CA 90067-3026
Telephone: (310) 552-8500
Facsimile: (310) 551-8741

Attorneys for Defendant and Counterclaimant, THE
TRUSTEES OF COLUMBIA UNIVERSITY IN THE
CITY OF NEW YORK

2

10878763v2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party via first class mail, postage prepaid on July 13, 2005.

Donald R. Ware (BBO # 516260)
Claire Laporte (BBO # 554979)
Carla Miriam Levy (BBO # 654212)
Foley Hoag llp
155 Seaport Boulevard
Boston, MA 02210-2600
dware@foleyhoag.com
CLaporte@Foleyhoag.com
clevy@foleyhoag.com
Telephone: (617) 832-1000
Facsimile: (617) 832-7000

Attorneys for BIOGEN IDEC MA INC. AND GENZYME CORPORATION

Mark A. Pals, admitted pro hac vice
Marcus E. Sernel, admitted pro hac vice
Kirkland & Ellis llp
AON Building
200 East Randolph Drive
Chicago, IL 60601
mpals@kirkland.com
msernel@kirkland.com
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

Peter E. Gelhaar (BBO #188310)
Michael S. D'Orsi (BBO #566960)
Donnelly, Conroy & Gelhaar, llp
One Beacon Street
Boston, MA 02108
peg@dcglaw.com
msd@dcglaw.com
Telephone: (617) 720-2880
Facsimile: (617) 720-3554

Attorneys for ABBOTT BIORESEARCH CENTER, INC.

Adrian M. Pruetz, admitted pro hac vice
Charles K. Verhoeven, admitted pro hac vice
Robert W. Stone, admitted pro hac vice
Quinn Emanuel Urquhart Oliver & Hedges, llp
50 California Street, 22nd Floor
San Francisco, CA 94111
adrianpruetz@quinnemanuel.com
charlesverhoeven@quinnemanuel.com
robertstone@quinnemanuel.com
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for GENENTECH, INC.

Leora Ben-Ami, admitted pro hac vice
Patricia A. Carson, admitted pro hac vice
Kaye Scholer llp
425 Park Avenue
New York, NY 10022
lbenami@kayescholer.com
pcarson@kayescholer.com
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

Robert S. Frank, Jr. (BBO #177240)
Choate Hall & Stewart
Exchange Place
Boston, MA 02109-2804
rfrank@choate.com
Telephone: (617) 248-5000
Facsimile: (617) 248-4000

Attorneys for Wyeth and Genetics Institute LLC

BOS1276001.1

Steven A. Zalesin, admitted pro hac vice
Melissa Mandrgoc, admitted pro hac vice
Patterson, Belknap, Webb & Tyler llp
1133 Avenue of the Americas
New York, NY 10036
sazalesin@pbwt.com
mmandrgoc@pbwt.com
Telephone: (212) 336-2000
Facsimile: (212) 336-2222

Attorneys for JOHNSON & JOHNSON

Morgan Chu, admitted pro hac vice
David Gindler, admitted pro hac vice
Irell & Manella llp
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
mchu@irell.com
dgindler@irell.com
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Thomas F. Maffei (BBO # 313220)
Griesinger, Tighe & Maffei, llp
176 Federal Street
Boston, MA 02210-2600
tmaffei@gtmllp.com
Telephone: (617) 542-9900
Facsimile: (617) 542-0900

Wayne M. Barsky
Gibson, Dunn & Crutcher llp
2029 Century Park East
Los Angeles, CA 90067-3026
wbarsky@gibsondunn.com
Telephone: (310) 552-8500
Facsimile: (310) 551-8741

Attorneys for THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK

_____
Fred A. Kelly, Jr.